MORRIS FOX, Respondent, *v.* WARREN D. HOPKINS et al., as Executors of NELSON K. HOPKINS, Deceased, Appellants.

*Fox* v. *Hopkins,* 84 App. Div. 632, affirmed.
(Argued June 13, 1906; decided October 2, 1906.)

APPEAL from a judgment entered March 30, 1905, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department affirming an interlocutory judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action by a tenant to recover from his landlord damages caused by water leaking into the demised premises.

*George Wadsworth* for appellants.

*Simon Fleischmann* and *David Ruslander* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.